IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| LASTAR, INC, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:11-cv-176 |
| v. | ) ) | |
| | ) | **NOTICE OF DISMISSAL** |
| COVID, INC., | ) ) | |
| Defendant. | ) ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Lastar, Inc. dismisses all claims in this action without prejudice.

Respectfully submitted,

s/ David A. Shough
David A. Shough, Trial Attorney
(Ohio Bar # 0029678)
Law Office of David A. Shough
853 Dayton Oxford Road
Carlisle, OH  45005-3412
Phone: 937.242.7325
Fax: 937.242.6274
dshough@das-law.com

Attorney for Lastar, Inc.

OF COUNSEL:
John Reed (Ohio Bar # 0068341)
Dinsmore & Shohl, LLP
Fifth Third Center
One South Main Street, Suite 1300
Dayton, OH 45402-2023
Tel: (937) 449-6453
Fax: (937) 449-6405
john.reed@dinslaw.com